UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-22386-CIV-JORDAN

| | |
|---|---|
| ALBERTO L. GONZALEZ, | ) |
| Plaintiff | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

**ORDER DENYING MOTION TO VACATE & CLOSING CASE**

Upon a de novo review of the record, including Mr. Gonzalez's objections [D.E. 15], I adopt the report issued by Magistrate Judge White [D.E. 11]. Accordingly, Mr. Gonzalez's motion to vacate is DENIED.

I do not think *United States v. Williams*, 396 F.3d 1340 (11th Cir. 2005), bars the ineffective assistance of counsel claims because the appeal waiver in Mr. Gonzalez's plea agreement [D.E. 468 at ¶ 10] did not address collateral attacks. Nevertheless, Mr. Gonzalez is not entitled to vacatur. First, the government did not breach the plea agreement because Mr. Gonzalez knew that drug quantity would be decided by the court at sentencing. Thus, counsel was not ineffective in failing to object to an alleged breach. Second, I continued the initial sentencing hearing to allow Mr. Gonzalez to talk to his counsel and decide whether he wanted to mount factual challenges to the PSI [D.E. 615]. At the second sentencing hearing, Mr. Gonzalez and his counsel indicated that they only wanted to argue that the government had breached the plea agreement [D.E. 600]. On this record, Mr. Gonzalez's counsel – who did not believe it was in his client's best interest to challenge the facts in the PSI – was not ineffective for failing to mount such challenges. Third, Mr. Gonzalez himself challenged his criminal history at the second sentencing hearing, and I addressed and resolved those objections against him. So even if his counsel failed to object to the PSI's criminal history computation, Mr. Gonzalez cannot show prejudice.

This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of June, 2010.

_____
Adalberto Jordan
United States District Judge

cc:   Counsel of record

Alberto Gonzalez, pro se
#79072-004
Federal Correctional Institution Medium
P.O. Box 1032
Coleman, FL 33521